```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x

In re:                              :

QUANTUM PURE AIRE CORPORATION       :    BK No. 05-10258
          Debtor                             Chapter 7

- - - - - - - - - - - - - - - - - -x
```

**ORDER**

APPEARANCES:

    Lisa Geremia, Esq.
    Attorney for Debtor
    GEREMIA & DeMARCO LTD.
    The Gardens Office Park 1
    1350 Division Road, Suite 102
    West Warwick, Rhode Island 02893

    Andrew S. Richardson, Esq.
    Chapter 7 Trustee
    BOYAJIAN, HARRINGTON & RICHARDSON
    182 Waterman Street
    Providence, Rhode Island 02906

    Thomas E. Carlotto, Esq.
    Douglas A. Giron, Esq.
    Attorneys for Creditor, MV Research Co., LLC
    SHECHTMAN HALPERIN SAVAGE, LLC
    86 Weybosset Street
    Providence, Rhode Island 02903

BEFORE ARTHUR N. VOTOLATO, United States Bankruptcy Judge

BK No. 05-10258

Heard on the Trustee's Notice of Sale of the Debtor's assets, which includes two patents and a trademark, to V.R. Industries, Inc., for $25,000 plus the payment of $17,000 to Bay Computer Associates. A hearing was held on MV Research Co., LLC's objection to the proposed sale, and the parties have filed extensive memoranda in support of their positions. Upon consideration of the record, and for the reasons argued by the Trustee at the March 24, 2005 hearing, and for the reasons advanced in his memorandum of law, Document No. 44, and his reply memorandum, Document No. 46, which are adopted and incorporated herein by reference,[1] the Notice of Sale is APPROVED, conditionally, i.e., because MV Research Co., LLC suggests that the proposed selling price is too low, the Trustee is allowed a short period of time within which to entertain offers from either MV or any other person(s). If no higher bid is received on or before June 6, 2005, the Trustee is authorized to complete the sale to V.R. Industries, Inc., without the need for further proceedings before this Court.

Enter judgment consistent with this Order.

Dated at Providence, Rhode Island, this 26th day of May, 2005.

_____
Arthur N. Votolato
U.S. Bankruptcy Judge

Entered on docket: 5/26/05

---

[1] After careful scrutiny, it is the opinion of the Court that, although well presented, the arguments and authorities submitted by V.R. Industries are rejected, on the ground that they are neither as persuasive nor as much on point as those advanced by the Trustee.

1